```
14180.06229HBM
MARSHALL, DENNEHEY, WARNER,
     COLEMAN & GOGGIN
425 EAGLE ROCK AVENUE, SUITE 302
ROSELAND, NJ 07068
(973) 618-4100
ATTORNEYS FOR DEFENDANTS – WEST CORPORATION AND JANETTE KAY
NELSON
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

\*\* ELECTRONICALLY FILED \*\*

| | |
|---|---|
| RICHARD M. ZELMA,<br><br>Plaintiff<br><br>          v.<br><br>MEDCO HEALTH SOLUTIONS INC., d/b/a MEDCO; VAROLII, INC.; WEST CORPORATION, d/b/a WEST BUSINESS SERVICES INC. and JANETTE KAY NELSON and JOHN DOES' (1-10) and ABC CORPORATIONS' (1-10); each acting individually, in concert, or as a group,<br><br>Defendants | Civil Action No. 2:11-cv-03465-FSH-PS<br><br><br>Disclosure Statement Pursuant To Fed. R. Civ. Pro. 7.1 |

Pursuant to Fed. R. Civ. Pro. 7.1, defendant West Corporation certifies that there is no publicly held corporation or parent corporation, which owns more than ten percent of the stock of West Corporation.

                                              MARSHALL, DENNEHEY, WARNER,
                                              COLEMAN & GOGGIN
                                              Attorneys for Defendants,
                                              West Corporation and Janette
                                              Kay Nelson.

                                              By:   **/s/ Howard B. Mankoff**
                                                     HOWARD B. MANKOFF, ESQ.

Dated: July 6, 2011