# McElroy, Deutsch, Mulvaney & Carpenter, LLP
## ATTORNEYS AT LAW

1300 MOUNT KEMBLE AVENUE
P. O. BOX 2075
MORRISTOWN, NEW JERSEY 07962-2075
(973) 993-8100
FACSIMILE: (973) 425-0161

PETER L. KORN
Direct dial: (973)425-8741
pkorn@mdmc-law.com

July 18, 2011

VIA ELECTRONIC FILING

Honorable Faith S. Hochberg, U.S.D.J.
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

        Re:  Richard M. Zelma vs. Medco Health Solutions
             Our File No.  M9081.8574
             Docket No.  11-3465(FSH)

Dear Judge Hochberg:

        This office represents Medco Health Solutions, Inc. in
connection with the above-referenced matter.  Currently pending
before Your Honor is plaintiff's motion for remand to New Jersey
Superior Court, returnable August 1, 2011.  Please accept this
letter in response.

        Plaintiff has agreed to strike Counts I, II, and III of the
Complaint.  The dismissal of these counts, with prejudice,
together with plaintiff's statements in the brief in support of
his motion for remand that he "does not seek relief from the
[C]ourt for [HIPAA Violations] [sic]" (Plaintiff's Brief, ¶5) and
that the "Complaint was filed with the State Court to address and
only address the telemarketing violation portions therein"
(Plaintiff's Brief, ¶6) would resolve all matters within the
jurisdiction of this Court.  Accordingly, we do not oppose the
remand of this case, provided, however, that Counts I, II and III
of the Complaint are dismissed with prejudice.

## MCELROY, DEUTSCH, MULVANEY , CARPENTER, LLP

Page 2


Thank you for your attention to this matter.

Respectfully yours,

MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
A Professional Corporation

Peter L. Korn

PLK/jms
cc:   Richard M. Zelma
      Howard B. Mankoff, Esq.
      Jeff Shelby, Esq. (VIA EMAIL)
      Ronald London, Esq. (VIA E-MAIL)