William T. Walsh
Clerk

**UNITED STATES DISTRICT COURT**
**MARTIN LUTHER KING, JR.**
**FEDERAL BLD & U.S. COURTHOUSE**
**50 WALNUT STREET**
**P.O. BOX 419**
**NEWARK, N.J.  07101-0419**

CAMDEN OFFICE
USPO & Courthouse
401 Market Street
Camden, N.J.  08101

TRENTON OFFICE
402 East State Street
P.O. Box 515
Trenton, N.J.  08603

OFFICE OF THE CLERK
SUPERIOR COURT OF NEW JERSEY
BERGEN COUNTY
10 MAIN STREET
HACKENSACK, NJ 07601

REPLY TO: Newark

Date: 9/6/11

Re: ZELMA V MEDCO HEALTH SOLUTIONS, ETAL
Your No. BER-L-3778-11
U.S. District Court No. 11-3465

Dear Sir/Madam:

Pursuant to Order of Remand entered in above matter, enclosed please find one Certified copy of Order of Remand and one Certified copy of docket sheet.

Kindly acknowledge receipt on copy of this letter.

Very truly yours,

William T. Walsh, Clerk

by:

Jane DelleMonache

Deputy Clerk

Enclosure
cc: All counsel/parties

RECEIPT IS ACKNOWLEDGED THIS ___ DAY OF _____, 199